## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CIV-60759-RAR

**JAMES NEVIS,** *et al.*,

      Plaintiffs,

v.

**COSTA CROCIERE S.P.A.,** *et al.*,

      Defendants.

_____/

### ORDER TO PERFECT SERVICE

**THIS CAUSE** came before the Court *sua sponte*. On April 14, 2020, Plaintiffs filed their Complaint [ECF No. 1]. To date, there is no indication in the court file that Defendant Costa Crociere S.P.A. has been served with the summons and Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon defendants within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **July 13, 2020**, Plaintiff shall perfect service upon Defendant Costa Crociere S.P.A. or show good cause as to why the claims against Defendant Costa Crociere S.P.A. should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **July 13, 2020** will result in a **dismissal without prejudice** without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th of May, 2020.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**